SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Facsimile: (415) 436-7234
    E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 3-07-70694 BZ |
|     Plaintiff, ) | |
| ) | |
| v. ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM DECEMBER 19, 2007 TO DECEMBER 26, 2007 |
| ROBERTO IMSON LAMMATAO, ) | |
|     Defendant. ) | |

    The parties appeared before the Honorable Maria Elena James on December 19, 2007. With the agreement of counsel for both parties the Court found and held as follows:

    1. The Court vacated the preliminary hearing date of December 6, 2007, setting a new preliminary hearing date on December 26, 2007, at 9:30 a.m. before the duty magistrate judge, extending the time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and extending the 30-day time period for indictment and excluding time under the Speedy Trial Act from December 19, 2007, to December 26, 2007. The parties agree, and the Court finds and holds, as follows:

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 3-07-70694 BZ**

      2. Counsel for defendant is reviewing the evidence to determine whether a pre-charge disposition is appropriate. Only after evaluating the evidence will counsel be in a position to evaluate what disposition is an appropriate one. He also believes it is his best interest to consult with an immigration attorney regarding this case.

      3. Taking into account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for indictment and excluding time under the Speedy Trial Act. Failing to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court also finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(A).

      4. Accordingly, and with the consent of the defendant, the Court (1) vacates the December 19, 2007, preliminary hearing date, extends the time for a preliminary hearing until December 26, 2007, and sets a preliminary hearing before the duty magistrate on December 26, 2007, at 9:30 a.m., and (2) orders that the period from December 19, 2007, to December 26, 2007, be excluded from the time period for preliminary hearings under Federal Rule of Criminal

//
//
//
//
//
//
//
//
//
//

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 3-07-70694 BZ**         2

Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO STIPULATED.

DATED: 12/26/07

_____/s/_____
GILBERT EISENBERG
Counsel for the defendant

DATED: 12/24/07

_____/s/_____
WENDY THOMAS
Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 1/23/08

_____
THE HON. MARIA-ELENA JAMES
United States Magistrate Judge

**[PROPOSED[ ORDER AND STIPULATION EXCLUDING TIME
CR 3-07-70694 BZ**                 3