Order Filed by AUSA on 1-23-08 by HON. MARIA-ELENA JAMES as to Roberto Imson Lammatao also filed in Case: CR-08-0019 EDL. See Docket #'s 19 and 20.